UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, | Case: 2:18-CV-07313-R-MRW |
| Plaintiff, | **ORDER** |
| v. | |
| **611 Wilshire Properties**, a California General Partnership; and Does 1-10, | |
| Defendants | |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: September 13, 2019

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1

Order Re Joint Stipulation for Dismissal          Case: 2:18-CV-07313-R-MRW